| Case | Pay Schedules | Payees | **Financials** | PlanCalc 3 | Forum | Documents | Docket | Matters | Worksheets |
|------|---------------|--------|----------------|------------|-------|-----------|--------|---------|------------|

**13-24530-CAD** **Manosis Kundu** (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) ℹ️

**Suganthi Srinivasan** (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) ℹ️

📄 **Tickle Me** **Attorney: SULAIMAN LAW GROUP LTD** ℹ️

Run Date: 08/15/18 - 13-24530-CAD-Manosis Kundu

$1,247.00 MO ℹ️ **Bar Date:** ℹ️ 11/5/2013 (has passed) 12/10/2013 (has passed)

**Confirmed:** 10/1/2013 **Bar Check is YES**

**Case Status:** **PAID IN FULL (10/23/2017)**

Manosis Kundu paying **$1,247.00** MONTHLY

Adequate Protection:

| Receipts ✏️ | Receipts/Debtor Refunds ✏️ | Disbursements ✏️ | Adjustments ✏️ | Trustee Disbursements ✏️ | Trustee Adjustments ✏️ | Show All |
|---|---|---|---|---|---|---|

| Start | End | Post Code | Claim ID | Payee Name |
|-------|-----|-----------|----------|------------|
| First ▾ ▾ | Last ▾ ▾ | All Post Codes ▾ | All IDs ▾ | CITIBANK NA - 81591 ▾ |

**Check Status:** Cleared ✏️ | Stale Dated ✏️ | Stop Payment ✏️ | Cancelled ✏️ | Voided ✏️ | Outstanding ✏️

| Date | Payee / Batch | Payee / Reserve Name | Check / Source | Description | Disbursements |
|------|---------------|----------------------|----------------|-------------|---------------|
| 10/23/2017 📄 | 28 | CITIBANK NA | 1311293 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - INDIVIDUAL CLOSEOUTS | $11.70 |
| 10/23/2017 📄 | 28 | CITIBANK NA | 1311293 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - INDIVIDUAL CLOSEOUTS | $1,170.28 |
| 10/23/2017 📄 | 17 | CITIBANK NA | 1311290 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - INDIVIDUAL CLOSEOUTS | $11.70 |
| 10/23/2017 📄 | 17 | CITIBANK NA | 1311290 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - INDIVIDUAL CLOSEOUTS | $1,170.28 |
| 4/28/2017 📄 | 28 | CITIBANK NA | 1281151 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $11.23 |
| 4/28/2017 📄 | 28 | CITIBANK NA | 1281151 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $5,565.32 |
| 4/28/2017 📄 | 17 | CITIBANK NA | 1281151 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $11.23 |
| 4/28/2017 📄 | 17 | CITIBANK NA | 1281151 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $5,565.32 |
| 3/31/2017 📄 | 28 | CITIBANK NA | 1275732 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $11.83 |
| 3/31/2017 📄 | 28 | CITIBANK NA | 1275732 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $360.82 |
| 3/31/2017 📄 | 17 | CITIBANK NA | 1275732 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $11.83 |
| 3/31/2017 📄 | 17 | CITIBANK NA | 1275732 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $360.82 |
| 2/28/2017 📄 | 28 | CITIBANK NA | 1271459 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $12.43 |
| 2/28/2017 📄 | 28 | CITIBANK NA | 1271459 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $360.21 |
| 2/28/2017 📄 | 17 | CITIBANK NA | 1271459 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $12.43 |
| 2/28/2017 📄 | 17 | CITIBANK NA | 1271459 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $360.21 |
| 1/31/2017 📄 | 28 | CITIBANK NA | 1266450 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $13.03 |
| 1/31/2017 📄 | 28 | CITIBANK NA | 1266450 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $359.61 |
| 1/31/2017 📄 | 17 | CITIBANK NA | 1266450 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $13.03 |
| 1/31/2017 📄 | 17 | CITIBANK NA | 1266450 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $359.61 |
| 12/30/2016 📄 | 28 | CITIBANK NA | 1261280 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $13.63 |
| 12/30/2016 📄 | 28 | CITIBANK NA | 1261280 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $358.98 |
| 12/30/2016 📄 | 17 | CITIBANK NA | 1261280 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $13.63 |
| 12/30/2016 📄 | 17 | CITIBANK NA | 1261280 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $358.98 |
| 11/30/2016 📄 | 28 | CITIBANK NA | 1256054 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $14.22 |
| 11/30/2016 📄 | 28 | CITIBANK NA | 1256054 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $358.46 |
| 11/30/2016 📄 | 17 | CITIBANK NA | 1256054 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $14.22 |
| 11/30/2016 📄 | 17 | CITIBANK NA | 1256054 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $358.46 |
| 10/31/2016 📄 | 28 | CITIBANK NA | 1250721 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $14.82 |
| 10/31/2016 📄 | 28 | CITIBANK NA | 1250721 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $357.81 |
| 10/31/2016 📄 | 17 | CITIBANK NA | 1250721 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $14.82 |
| 10/31/2016 📄 | 17 | CITIBANK NA | 1250721 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $357.81 |
| 9/30/2016 📄 | 28 | CITIBANK NA | 1245622 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $15.44 |
| 9/30/2016 📄 | 28 | CITIBANK NA | 1245622 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $374.39 |
| 9/30/2016 📄 | 17 | CITIBANK NA | 1245622 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $15.44 |
| 9/30/2016 📄 | 17 | CITIBANK NA | 1245622 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $374.39 |
| 8/31/2016 📄 | 28 | CITIBANK NA | 1240650 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $16.04 |
| 8/31/2016 📄 | 28 | CITIBANK NA | 1240650 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $356.66 |
| 8/31/2016 📄 | 17 | CITIBANK NA | 1240650 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $16.04 |
| 8/31/2016 📄 | 17 | CITIBANK NA | 1240650 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $356.66 |
| 7/29/2016 📄 | 28 | CITIBANK NA | 1235567 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $16.63 |
| 7/29/2016 📄 | 28 | CITIBANK NA | 1235567 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $355.64 |
| 7/29/2016 📄 | 17 | CITIBANK NA | 1235567 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $16.63 |
| 7/29/2016 📄 | 17 | CITIBANK NA | 1235567 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $355.64 |

| Date | | Creditor | Doc | Description | Amount |
|---|---|---|---|---|---|
| 6/30/2016 | 28 | CITIBANK NA | 1230725 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $17.22 |
| 6/30/2016 | 28 | CITIBANK NA | 1230725 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $355.05 |
| 6/30/2016 | 17 | CITIBANK NA | 1230725 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $17.22 |
| 6/30/2016 | 17 | CITIBANK NA | 1230725 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $355.05 |
| 5/31/2016 | 28 | CITIBANK NA | 1225193 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $17.81 |
| 5/31/2016 | 28 | CITIBANK NA | 1225193 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $354.46 |
| 5/31/2016 | 17 | CITIBANK NA | 1225193 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $17.81 |
| 5/31/2016 | 17 | CITIBANK NA | 1225193 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $354.46 |
| 4/29/2016 | 28 | CITIBANK NA | 1220041 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $18.40 |
| 4/29/2016 | 28 | CITIBANK NA | 1220041 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $353.87 |
| 4/29/2016 | 17 | CITIBANK NA | 1220041 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $18.40 |
| 4/29/2016 | 17 | CITIBANK NA | 1220041 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $353.87 |
| 3/31/2016 | 28 | CITIBANK NA | 1214544 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $18.99 |
| 3/31/2016 | 28 | CITIBANK NA | 1214544 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $353.29 |
| 3/31/2016 | 17 | CITIBANK NA | 1214544 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $18.99 |
| 3/31/2016 | 17 | CITIBANK NA | 1214544 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $353.29 |
| 2/29/2016 | 28 | CITIBANK NA | 1208869 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $19.58 |
| 2/29/2016 | 28 | CITIBANK NA | 1208869 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $352.69 |
| 2/29/2016 | 17 | CITIBANK NA | 1208869 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $19.58 |
| 2/29/2016 | 17 | CITIBANK NA | 1208869 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $352.69 |
| 1/29/2016 | 28 | CITIBANK NA | 1203720 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $20.17 |
| 1/29/2016 | 28 | CITIBANK NA | 1203720 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $352.10 |
| 1/29/2016 | 17 | CITIBANK NA | 1203720 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $20.17 |
| 1/29/2016 | 17 | CITIBANK NA | 1203720 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $352.10 |
| 12/31/2015 | 28 | CITIBANK NA | 1198239 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $65.76 |
| 12/31/2015 | 28 | CITIBANK NA | 1198239 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $1,051.03 |
| 12/31/2015 | 17 | CITIBANK NA | 1198239 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $65.76 |
| 12/31/2015 | 17 | CITIBANK NA | 1198239 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $1,051.03 |
| 12/17/2015 | 28 | CITIBANK NA | 1192571 | CANCELLED CHECK-INTEREST | ($43.84) |
| 12/17/2015 | 28 | CITIBANK NA | 1192571 | CANCELLED CHECK-PRINCIPLE | ($700.67) |
| 12/17/2015 | 17 | CITIBANK NA | 1192570 | CANCELLED CHECK-INTEREST | ($43.84) |
| 12/17/2015 | 17 | CITIBANK NA | 1192570 | CANCELLED CHECK-PRINCIPLE | ($700.67) |
| 11/30/2015 | 28 | CITIBANK NA | 1192571 | INTEREST DISBURSED BY SYSTEM - MONTHLY DISBURSEMENTS | $43.84 |
| 11/30/2015 | 28 | CITIBANK NA | 1192571 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $700.67 |
| 11/30/2015 | 17 | CITIBANK NA | 1192570 | INTEREST DISBURSED BY SYSTEM - MONTHLY DISBURSEMENTS | $43.84 |
| 11/30/2015 | 17 | CITIBANK NA | 1192570 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $700.67 |
| 11/19/2015 | 17 | CITIBANK NA | 1187426 | CANCELLED CHECK-INTEREST | ($21.92) |
| 11/19/2015 | 28 | CITIBANK NA | 1187426 | CANCELLED CHECK-INTEREST | ($21.92) |
| 11/19/2015 | 28 | CITIBANK NA | 1187426 | CANCELLED CHECK-PRINCIPLE | ($350.33) |
| 11/19/2015 | 17 | CITIBANK NA | 1187426 | CANCELLED CHECK-PRINCIPLE | ($350.33) |
| 10/30/2015 | 28 | CITIBANK NA | 1187426 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $21.92 |
| 10/30/2015 | 28 | CITIBANK NA | 1187426 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $350.33 |
| 10/30/2015 | 17 | CITIBANK NA | 1187426 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $21.92 |
| 10/30/2015 | 17 | CITIBANK NA | 1187426 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $350.33 |
| 9/30/2015 | 28 | CITIBANK NA | 1182370 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $22.51 |
| 9/30/2015 | 28 | CITIBANK NA | 1182370 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $357.95 |
| 9/30/2015 | 17 | CITIBANK NA | 1182370 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $22.51 |
| 9/30/2015 | 17 | CITIBANK NA | 1182370 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $357.95 |
| 8/31/2015 | 28 | CITIBANK NA | 1177185 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $23.11 |
| 8/31/2015 | 28 | CITIBANK NA | 1177185 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $357.35 |
| 8/31/2015 | 17 | CITIBANK NA | 1177185 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $23.11 |
| 8/31/2015 | 17 | CITIBANK NA | 1177185 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $357.35 |
| 7/31/2015 | 28 | CITIBANK NA | 1172129 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $23.70 |
| 7/31/2015 | 28 | CITIBANK NA | 1172129 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $356.76 |
| 7/31/2015 | 17 | CITIBANK NA | 1172129 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $23.70 |
| 7/31/2015 | 17 | CITIBANK NA | 1172129 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $356.76 |

| Date | | Creditor | Doc | Description | Amount |
|---|---|---|---|---|---|
| 6/30/2015 | 28 | CITIBANK NA | 1167202 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $24.29 |
| 6/30/2015 | 28 | CITIBANK NA | 1167202 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $348.35 |
| 6/30/2015 | 17 | CITIBANK NA | 1167202 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $24.29 |
| 6/30/2015 | 17 | CITIBANK NA | 1167202 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $348.35 |
| 5/29/2015 | 28 | CITIBANK NA | 1162295 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $24.86 |
| 5/29/2015 | 28 | CITIBANK NA | 1162295 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $347.79 |
| 5/29/2015 | 17 | CITIBANK NA | 1162295 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $24.86 |
| 5/29/2015 | 17 | CITIBANK NA | 1162295 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $347.79 |
| 4/30/2015 | 28 | CITIBANK NA | 1157508 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $25.44 |
| 4/30/2015 | 28 | CITIBANK NA | 1157508 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $347.20 |
| 4/30/2015 | 17 | CITIBANK NA | 1157508 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $25.44 |
| 4/30/2015 | 17 | CITIBANK NA | 1157508 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $347.20 |
| 3/31/2015 | 28 | CITIBANK NA | 1152423 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $51.96 |
| 3/31/2015 | 28 | CITIBANK NA | 1152423 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $320.68 |
| 3/31/2015 | 17 | CITIBANK NA | 1152423 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $51.96 |
| 3/31/2015 | 17 | CITIBANK NA | 1152423 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $320.68 |
| 1/30/2015 | 28 | CITIBANK NA | 1142493 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $26.55 |
| 1/30/2015 | 28 | CITIBANK NA | 1142493 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $346.09 |
| 1/30/2015 | 17 | CITIBANK NA | 1142493 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $26.55 |
| 1/30/2015 | 17 | CITIBANK NA | 1142493 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $346.09 |
| 12/31/2014 | 28 | CITIBANK NA | 1137629 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $27.75 |
| 12/31/2014 | 28 | CITIBANK NA | 1137629 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $717.54 |
| 12/31/2014 | 17 | CITIBANK NA | 1137629 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $27.75 |
| 12/31/2014 | 17 | CITIBANK NA | 1137629 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $717.54 |
| 11/26/2014 | 28 | CITIBANK NA | 1132839 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $28.32 |
| 11/26/2014 | 28 | CITIBANK NA | 1132839 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $344.33 |
| 11/26/2014 | 17 | CITIBANK NA | 1132839 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $28.32 |
| 11/26/2014 | 17 | CITIBANK NA | 1132839 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $344.33 |
| 10/31/2014 | 28 | CITIBANK NA | 1127883 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $28.90 |
| 10/31/2014 | 28 | CITIBANK NA | 1127883 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $343.74 |
| 10/31/2014 | 17 | CITIBANK NA | 1127883 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $28.90 |
| 10/31/2014 | 17 | CITIBANK NA | 1127883 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $343.74 |
| 9/30/2014 | 28 | CITIBANK NA | 1122585 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $29.49 |
| 9/30/2014 | 28 | CITIBANK NA | 1122585 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $356.44 |
| 9/30/2014 | 17 | CITIBANK NA | 1122585 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $29.49 |
| 9/30/2014 | 17 | CITIBANK NA | 1122585 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $356.44 |
| 8/29/2014 | 28 | CITIBANK NA | 1117648 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $30.08 |
| 8/29/2014 | 28 | CITIBANK NA | 1117648 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $355.85 |
| 8/29/2014 | 17 | CITIBANK NA | 1117648 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $30.08 |
| 8/29/2014 | 17 | CITIBANK NA | 1117648 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $355.85 |
| 7/31/2014 | 28 | CITIBANK NA | 1112796 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $30.68 |
| 7/31/2014 | 28 | CITIBANK NA | 1112796 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $355.25 |
| 7/31/2014 | 17 | CITIBANK NA | 1112796 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $30.68 |
| 7/31/2014 | 17 | CITIBANK NA | 1112796 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $355.25 |
| 6/30/2014 | 28 | CITIBANK NA | 1107596 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $31.24 |
| 6/30/2014 | 28 | CITIBANK NA | 1107596 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $339.45 |
| 6/30/2014 | 17 | CITIBANK NA | 1107596 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $31.24 |
| 6/30/2014 | 17 | CITIBANK NA | 1107596 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $339.45 |
| 5/30/2014 | 28 | CITIBANK NA | 1102560 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $31.81 |
| 5/30/2014 | 28 | CITIBANK NA | 1102560 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $338.88 |
| 5/30/2014 | 17 | CITIBANK NA | 1102560 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $31.81 |
| 5/30/2014 | 17 | CITIBANK NA | 1102560 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $338.88 |
| 4/30/2014 | 28 | CITIBANK NA | 1096962 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $32.37 |
| 4/30/2014 | 28 | CITIBANK NA | 1096962 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $338.32 |

| Date | | Creditor | Number | Description | Amount |
|---|---|---|---|---|---|
| 4/30/2014 | 17 | CITIBANK NA | 1096962 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $32.37 |
| 4/30/2014 | 17 | CITIBANK NA | 1096962 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $338.32 |
| 3/31/2014 | 28 | CITIBANK NA | 1090603 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $32.93 |
| 3/31/2014 | 28 | CITIBANK NA | 1090603 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $337.77 |
| 3/31/2014 | 17 | CITIBANK NA | 1090602 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $32.93 |
| 3/31/2014 | 17 | CITIBANK NA | 1090602 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $337.77 |
| 2/28/2014 | 28 | CITIBANK NA | 1085411 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $33.54 |
| 2/28/2014 | 28 | CITIBANK NA | 1085411 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $361.42 |
| 2/28/2014 | 17 | CITIBANK NA | 1085411 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $33.54 |
| 2/28/2014 | 17 | CITIBANK NA | 1085411 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $361.42 |
| 1/31/2014 | 28 | CITIBANK NA | 1080356 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $34.09 |
| 1/31/2014 | 28 | CITIBANK NA | 1080356 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $333.08 |
| 1/31/2014 | 17 | CITIBANK NA | 1080356 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $34.09 |
| 1/31/2014 | 17 | CITIBANK NA | 1080356 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $333.08 |
| 12/31/2013 | 28 | CITIBANK NA | 1073902 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $34.65 |
| 12/31/2013 | 28 | CITIBANK NA | 1073902 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $332.52 |
| 12/31/2013 | 17 | CITIBANK NA | 1073902 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $34.65 |
| 12/31/2013 | 17 | CITIBANK NA | 1073902 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $332.52 |
| 11/27/2013 | 28 | CITIBANK NA | 1068904 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $37.58 |
| 11/27/2013 | 28 | CITIBANK NA | 1068904 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $1,758.32 |
| 11/27/2013 | 17 | CITIBANK NA | 1068904 | INTEREST DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $37.58 |
| 11/27/2013 | 17 | CITIBANK NA | 1068904 | PRINCIPLE AMOUNT DISBURSED TO CREDITOR BY SYSTEM - MONTHLY DISBURSEMENTS | $1,758.32 |
| | | | | Totals: | $47,081.06 |